IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TINA G.,**

                Plaintiff,

vs.

**Commissioner of Social Security Administration**,

                Defendant.

Civil No. 6:23-CV-00396-SB

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order hereby grants that Commissioner shall pay Plaintiff's attorney the sum of $14,677.20 upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts") for full settlement of all claims for fees under EAJA.

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

If Plaintiff has no such federal debt, payment of $14,677.20 shall be made to Plaintiff's attorneys, Drew L. Johnson, P.C., and mailed to their office at 1700 Valley River Drive, Suite 100, Eugene, OR 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this day of November __19__, 2024

_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge

PRESENTED BY:

By: /s/ SHERWOOD J. REESE
    Sherwood J. Reese, OSB #144130
    Of Drew L. Johnson, P.C.
    Attorneys for Plaintiff